IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO.: 11-06977 (ESL) |
| RODRIGUEZ & RODRIGUEZ HOBBIES BOWLING | CHAPTER 7 |
| DEBTOR(S) | |

## MOTION FOR APPEARANCE

**TO THE HONORABLE COURT:**

COMES NOW creditor **FIRSTBANK PUERTO RICO**, represented by the undersigned attorney and very respectfully states and prays:

1. The appearing creditor wishes to be notified of all pertinent documents and notices for hearing in the instant proceeding through the undersigned counsel at the address of record: ENRIQUE NASSAR-RIZEK & ASSOCIATES, PO BOX 191017, SAN JUAN PR 00919-1017, TEL. (787) 754-1313.

**WHEREFORE,** it is respectfully requested from this Honorable Court that an Order be entered including creditor herein in the Master Address List, so as to permit future notices be addressed to Enrique Nassar-Rizek & Associates through the undersigned counsel at the address of record.

**I HEREBY CERTIFY:** On this same date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Attorney for Debtor, **ROBERTO FIGUEROA CARRASQUILLO, ESQ;** and to US Trustee, **WIGBERTO LUGO MENDER, ESQ.**

In San Juan, Puerto Rico, this 30 days of August, 2011.

s/ Angel M. Vázquez Bauzá
ANGEL M. VAZQUEZ BAUZA, ESQ.
Bar Number: 203308
ENR & ASSOCIATES
PO BOX 191017
SAN JUAN, PR 00917-1017
Tel. 754-1313; Fax. 754-8760
avazquez@enrassociates.com

900-9-275 (nl)